UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
DEREK POLLITT, on behalf of himself and all others similarly situated,

                                      Plaintiff,

                    - against -

CITY HIVE, INC.,

                                     Defendant.
-------------------------------------------------------------------- x

Case No. 1:24-cv-06928-FB-JRC

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Derek Pollitt ("Plaintiff") and City Hive, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: December 6, 2024

| GABRIEL A. LEVY, P.C. | BLANK ROME LLP |
|---|---|
| By: *Gabriel Levy* | By: [signature] |
| Gabriel A. Levy, Esq. | Martin S. Krezalek, Esq. |
| *Attorney for Plaintiff* | *Attorneys for the Defendant* |
| 1129 Northern Blvd, Suite 404 | 1271 Avenue of the Americas |
| Manhasset, New York 11030 | New York, NY 10020 |
| Tel: (347) 941-4715 | Tel: (212) 885-5130 |
| Glevyfirm@gmail.com | martin.krezalek@blankrome.com |

SO ORDERED:

Dated: __December 6__, 2024

                                                                           /S/ Frederic Block
                                                                          United States District Judge

167928.00001/151436630v.1